IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 12-61742-CIV-ROSENBAUM/SELTZER

| | |
|---|---|
| NICOLE ALEQUIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DARDEN RESTAURANTS, INC., GMRI, INC., | ) |
| RARE HOSPITALITY INTERNATIONAL, INC., | ) |
| RARE HOSPITALITY MANAGEMENT, INC., | ) |
| N and D RESTAURANTS, INC., DARDEN SW LLC, | ) |
| and FLORIDA SE, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS CAUSE** having come before this Court on Defendants' Motion to Compel Plaintiffs to Provide Individual Written Responses to Defendants' First Set of Requests for Production and to Produce all Responsive Documents (Dkt. No. 97), and the Court having reviewed the file and considered argument from the parties at a February 28, 2013 discovery conference, and being otherwise advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED:**

Defendants' Motion is hereby **GRANTED**. On or before Thursday, March 28, 2013, all Plaintiffs shall: (1) serve individual responses to Defendants' First Set of Requests for Production (*i.e.*, a separate response by each Plaintiff); (2) produce any and all responsive documents in Plaintiffs' possession; and (3) with each production of documents by a Plaintiff, provide an index that identifies which documents are being produced in response to which individual Request. In instances where a Plaintiff has no documents responsive to one or more of Defendants' Requests for Production, the Plaintiff shall expressly say so in response to that

individual Request.  Additionally, if any Plaintiff has documents that are responsive but being withheld based upon an objection, the Plaintiff must expressly identify the grounds relied upon as the basis to withhold such documents.

**DONE AND ORDERED** in Chambers, in Fort Lauderdale, Florida, this 1st day of March 2013.

_____
UNITED STATES MAGISTRATE JUDGE
BARRY S. SELTZER

Copies served on all counsel of record