UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61742-CIV-ROSENBAUM/SELTZER

NICOLE ALEQUIN, *et al.*,

    Plaintiffs,

vs.

DARDEN RESTAURANTS, INC., *et al.*,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL INDEX OF EXHIBITS TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND DOCUMENTS INADVERTENTLY OMITTED FROM EXHIBIT BINDERS**

This matter is before the Court on Plaintiffs' Motion to File Under Seal Index of Exhibits to Plaintiffs' Motion for Conditional Certification and Documents Inadvertently Omitted from Exhibit Binders. D.E. 174. Defendants do not oppose this Motion. *Id.* at 2.

Having considered the Motion, the Court finds good cause to grant the Motion to File Under Seal Index of Exhibits to Plaintiffs' Motion for Conditional Certification and Documents Inadvertently Omitted from Exhibit Binders. D.E. 174. The Clerk shall file the index of exhibits to Plaintiff's Motion for Conditional Certification and the two documents inadvertently omitted from the exhibit binders under seal until further order of this Court.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 3rd day of July 2013.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE