UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-61742-CIV-ROSENBAUM/SELTZER

NICOLE ALEQUIN, et al.,

     Plaintiffs,

v.

DARDEN RESTAURANTS, INC., GMRI, INC.,
RARE HOSPITALITY INTERNATIONAL, INC.,
RARE HOSPITALITY MANAGEMENT, INC.,
N and D RESTAURANTS, INC.,
DARDEN SW LLC, and FLORIDA SE, INC.,

     Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

     Plaintiffs Nicole Alequin, et al., hereby gives notice of entry of the following additional persons:

1. Christopher Adcock

2. Melissa Altieri

3. Regina Baker

4. Angel Beck

5. Devin Bennati

6. Sarah Berger

7. Emily Blaylock

8. Chenille Bonin

9. Shanice Brisco

10. Dana Brown

11. Annette Buelin

Higer Lichter & Givner

12. Eric Camilleri

13. David Campbell

14. Joseph Cimino

15. Eric Clark

16. Rachel Cobb

17. Jonathan Cohen

18. Amy Conroy

19. James Cooke

20. Kimberly Cowell

21. Kelly Crawford

22. Morgan Crayton

23. Jennifer Delaune

24. Vicki Farmer

25. Florence Fiola

26. Andrew Gay

27. David Gibbs

28. Shelly Gragg

29. Carmella Green

30. Mark Gregg

31. Nyessa Hall

32. Tuenyatta Harden

33. Amanda Harrison

34. Sharon Hayden

Higer Lichter & Givner

35. Ben Heard

36. Justus Holland

37. Susanne Hudack

38. Laura Hurr

39. Nhu Linh Huynh

40. William Jago

41. Jacqueline Johnson

42. Erin Kadan

43. Michelle Kinnarney

44. Hannah Kitchin

45. Justin Kornhaus

46. Michael LaBella

47. India Letman

48. Rashel Long

49. Christina Lynch

50. Jill Martin

51. James Mcalister

52. Heather McGill

53. Kayla Medley

54. Rachel Miller

55. Billy Montalvo

56. Erica Moore

57. Tami Mosley

Higer Lichter & Givner

58. James Murray

59. Abigail Nedeau

60. George Nicoll

61. Christopher Parretti

62. Robert Phillips

63. Parivash Pourhassan

64. Bailey Powers

65. Jason Quinn

66. Randy Ratliff

67. Jade Remling

68. Geraldine Ridenour

69. Jennifer Rock

70. Candace Ross

71. Monica Rouleau

72. Clayton Rusich

73. Karen Sermeno

74. Erin Shepard

75. Natasha Simonds

76. Evan Smith

77. Tara Snearly

78. Vontea Spinner

79. Heather Spiva

80. Lauren Talotta

Higer Lichter & Givner

81. James Taylor

82. Amanda Tedesco

83. Tracey Thompson

84. Angela Torrez

85. Amy Tung

86. Ashley Ullrich

87. Elizabeth Vaughan

88. Tanisha Velasquez

89. Michelle Vickers

90. Marco Vignali

91. Elliot Visco

92. Jhodie Waters

93. Kimberly Weaver

94. Jon Widdifield

95. Tavana Wilkins

96. Rebecca Williams

97. Tammy Williams

98. Tracy Williams

99. Kim Winals

100. Nancy Wood

Please note the foregoing people who have previously filed Notices of Consent are <u>NOT</u> intending to join this action as named Plaintiffs.

Dated:         September 20, 2013

Higer Lichter & Givner

Respectfully submitted,

/s/ David Lichter, Esq.
  David H. Lichter (FBN: 0359122)
  DLichter@HLGLawyers.com
  HIGER LICHTER & GIVNER
  18305 Biscayne Blvd., Suite 302
  Aventura, FL 33160
  Tel: (305) 356-7555
  Fax: (305) 933-0998
  *Co-Counsel for Plaintiffs*

| | |
|---|---|
| Ted E. Trief, Esquire | Peter S. Pearlman, Esq. |
| ttrief@triefandolk.com | psp@njlawfirm.com |
| Matthew Wojtkowiak | Alex Pisarevsky |
| MWojtkowiak@triefandolk.com | AP@njlawfirm.com |
| Barbara Olk | COHN LIFLAND PEARLMAN |
| bolk@triefandolk.com | HERRMANN & KNOPF LLP |
| Stan Gutgarts | Park 80 Plaza West One |
| sgutgarts@triefandolk.com | 250 Pehle Avenue, Suite 401 |
| TRIEF & OLK | Saddle Brook, NJ 07663 |
| 150 E 58th Street, 34th Floor | Tel.: (201) 845-9600 |
| New York, NY 10155 | Fax.: (201) 845-9423 |
| Tel.: (212) 486-6060 | *Co-Counsel for Plaintiffs* |
| Fax.: (212) 317-2946 | |
| *Co-Counsel for Plaintiffs* | |

6

**Higer Lichter & Givner**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2013, I electronically filed with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record identified on the attached service list in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel who are not authorized to receive Notices of Electronic Filing.

/s/David H. Lichter

## SERVICE LIST

Aaron Reed, Esq.
Patrick G. DeBlasio, Esq.
Jessica T. Travers, Esq.
Littler Mendelson, P.C.
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, Florida 33131
P: 305-400-7500
F: 305-603-2552
E: areed@littler.com
E: pdeblasio@littler.com
E: jtravers@littler.com
*Counsel for Defendants*

Gerald L. Maatman, Jr., Esq.
Seyfarth Shaw, LLP
131 South Dearborn, Suite 2400
Chicago, IL 60603
P: 312-460-5224
E: gmaatman@seyfarth.com
*Counsel for Defendants*

John Ybarra, Esq.
Amy S. Ramsey, Esq.
Niloy Ray, Esq.
Michael J. Lehet, Esq.
Littler Mendelson, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
P: 312-372-5520
F: 312-372-7880
E: jybarra@littler.com
E: aramsey@littler.com
E: nray@littler.com
E: mlehet@littler.com
*Counsel for Defendants*

Higer Lichter & Givner