UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-61742-CIV-ROSENBAUM/SELTZER

NICOLE ALEQUIN, et al.,

    Plaintiffs,

v.

DARDEN RESTAURANTS, INC., GMRI, INC.,
RARE HOSPITALITY INTERNATIONAL, INC.,
RARE HOSPITALITY MANAGEMENT, INC.,
N and D RESTAURANTS, INC.,
DARDEN SW LLC, and FLORIDA SE, INC.,

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiffs Nicole Alequin, et al., hereby gives notice of entry of the following additional persons:

1. Carolyn Alexander
2. Jarrett Anderson
3. Chelsie Apker
4. Jennifer Avery
5. Caio Azevedo
6. Angelique Badgett
7. Elizabeth Barriento
8. Alan Bermudez
9. Tanisha Billy
10. Anne Blossick
11. Victor Bohlman
12. Shanda Bowser
13. Corey Brooks
14. Nelson Brooks Jr
15. Lewis Brown
16. Carla Brown
17. Glenda Bunner
18. Dianne Burton
19. Messina Byers
20. Tammy Calabrese
21. Colleen Campbell
22. Joanne Cardin
23. Sabrina Carmichael

Higer Lichter & Givner

24. Jennifer Case
25. Sarah Cazares
26. Kiersten Cerminara
27. Dena Chappell
28. Christopher Charizopoulos
29. Allison Clark
30. Lakisha Coleman
31. Kayla Connor
32. Teresa Cook
33. Hurann Cooper
34. Zundria Crawford
35. Tara Crozier-Rodda
36. Tim Cunningham
37. Felicia Cusic
38. Melissa Davis
39. Hashim Davis
40. Alan Delmastro
41. Jacqueline Devries
42. Jena Dines
43. Nicole Dixon
44. Megan Donahue-Owens
45. Jessie Dupre
46. Christiane Ebert
47. Heather Eicher
48. Lauren Elder
49. Michael Ellard
50. Christy Embry-Corbett
51. John Ennis
52. Courtney Everett
53. Kathleen Farah
54. April Farris
55. Garrett Foster
56. Tameka Fox
57. Reisha Fregoe
58. Brandy Fritz
59. Heather Gagnon
60. Erika Garcia
61. Aglacia Gardner
62. Kwame Gardour
63. Genevieve Gibson
64. Christa Gilmore
65. Justin Godfrey
66. Kristin Gorsuch
67. Blair Gosche
68. Michaela Greene
69. Marsha Griego

70. Tiffany Grimm
71. Aaron Grunwald
72. Franklin Hafner
73. Matthew Hanline
74. Colin Hayes
75. Carrie Hensley
76. Joan Hess
77. Amelia Hirrschoff
78. Marianne Holzkamper
79. Kenneth Hunter Jr
80. Mary Hurd
81. Mallory Jaremko
82. Enyinnah Johnson
83. Jessica Johnson
84. Dana Johnson
85. Corey Johnson
86. Jennifer Johnson
87. Benjamin Jordan
88. Gabriel Kaminsky
89. Jamie Kammer
90. Jacquelyn Kearney
91. Anthony Kelly
92. Cindy Kendra
93. Stan Kenny
94. Stacey Kenny
95. Elizabeth Kern
96. Barbara Knecht
97. Kimberly Krause
98. Cymande Lackland

Please note the foregoing people who have previously filed Notices of Consent are <u>NOT</u> intending to join this action as named Plaintiffs.

*Nicole Alequin v. Darden Restaurants, Inc., et al*

Dated:        October 17, 2013

                                                 Respectfully submitted,

                                                 /s/ David H. Lichter
David H. Lichter (FBN: 0359122)
DLichter@HLGLawyers.com
HIGER LICHTER & GIVNER
18305 Biscayne Blvd., Suite 302
Aventura, FL 33160
Tel: (305) 356-7555
Fax: (305) 933-0998
*Attorneys for Plaintiffs*

| | |
|---|---|
| Ted E. Trief, Esquire | Peter S. Pearlman, Esq. |
| ttrief@triefandolk.com | psp@njlawfirm.com |
| Matthew Wojtkowiak | Alex Pisarevsky |
| MWojtkowiak@triefandolk.com | AP@njlawfirm.com |
| Barbara Olk | COHN LIFLAND PEARLMAN |
| bolk@triefandolk.com | HERRMANN & KNOPF LLP |
| Stan Gutgarts | Park 80 Plaza West One |
| sgutgarts@triefandolk.com | 250 Pehle Avenue, Suite 401 |
| TRIEF & OLK | Saddle Brook, NJ 07663 |
| 150 E 58th Street, 34th Floor | Tel.: (201) 845-9600 |
| New York, NY 10155 | Fax.: (201) 845-9423 |
| Tel.: (212) 486-6060 | *Co-Counsel for Plaintiffs* |
| Fax.: (212) 317-2946 | |
| *Co-Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 17, 2013, I electronically filed with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served on all counsel of record identified on the attached service list in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel who are not authorized to receive Notices of Electronic Filing.

                                                 /s/ David H. Lichter

*Nicole Alequin v. Darden Restaurants, Inc., et al*

**SERVICE LIST**

Aaron Reed, Esq.
Patrick G. DeBlasio, Esq.
Jessica T. Travers, Esq.
Littler Mendelson, P.C.
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, Florida 33131
P: 305-400-7500
F: 305-603-2552
E: areed@littler.com
E: pdeblasio@littler.com
E: jtravers@littler.com
*Counsel for Defendants*

Gerald L. Maatman, Jr., Esq.
Seyfarth Shaw, LLP
131 South Dearborn, Suite 2400
Chicago, IL 60603
P: 312-460-5224
E: gmaatman@seyfarth.com
*Counsel for Defendants*

John Ybarra, Esq.
Amy S. Ramsey, Esq.
Niloy Ray, Esq.
Michael J. Lehet, Esq.
Littler Mendelson, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
P: 312-372-5520
F: 312-372-7880
E: jybarra@littler.com
E: aramsey@littler.com
E: nray@littler.com
E: mlehet@littler.com
*Counsel for Defendants*

Higer Lichter & Givner