UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-61742-CIV-ROSENBAUM/SELTZER

NICOLE ALEQUIN, et al.,

    Plaintiffs,

v.

DARDEN RESTAURANTS, INC., GMRI, INC.,
RARE HOSPITALITY INTERNATIONAL, INC.,
RARE HOSPITALITY MANAGEMENT, INC.,
N and D RESTAURANTS, INC.,
DARDEN SW LLC, and FLORIDA SE, INC.,

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiffs Nicole Alequin, et al., hereby gives notice of entry of the following additional persons:

1. Nicole Stiles
2. Betty Stratton Cuddeford
3. Angela Stults
4. Joshua Swanson
5. Stephen Sweet
6. Alicia Swinton
7. Antoine Taliaferro
8. Ariana Taylor
9. Kenna Teiberis
10. Ariel Tester-Starke
11. Tah-Nee Thompson
12. Nicole Thompson
13. James Thompson
14. Laurie Tintle
15. Cristal Torres
16. Anthony Tran
17. Megan Trevino
18. Ricardo Turbay
19. Deborah Turner
20. Pamela Vangyija
21. Glenn Vazquez
22. Vanessa Vega
23. Rafael Ventura

1

Higer Lichter & Givner

*Nicole Alequin v. Darden Restaurants, Inc., et al*

24. Gertrude Villaverde
25. Anissa Walker
26. Valerie Walker
27. Kadiann Walker
28. Tiffany Wallace
29. Jennifer Warner
30. Jeffery Weber
31. Jennifer Weister
32. Steve Welch
33. Talisha Wesley
34. Eva Whorley
35. Tyronda Wilkerson
36. Amy Williams
37. Jeremiah Willies
38. Tara Wilson
39. Nanci Wilt
40. Maria Wolfe
41. Mistilynn Woolsey
42. Thomas Wooten
43. Herman Wrenn
44. Mary Yarborough
45. Brandelyn Zuber

Please note the foregoing people who have previously filed Notices of Consent are <u>NOT</u> intending to join this action as named Plaintiffs.

Dated: October 21, 2013

Respectfully submitted,

/s/ J. Paxton Marshall
J. Paxton Marshall (FBN: 28098)
PMarshall@HLGLawyers.com
HIGER LICHTER & GIVNER
18305 Biscayne Blvd., Suite 302
Aventura, FL 33160
Tel: (305) 356-7555
Fax: (305) 933-0998
*Co-Counsel for Plaintiffs*

*Nicole Alequin v. Darden Restaurants, Inc., et al*

| | |
|---|---|
| Ted E. Trief, Esquire | Peter S. Pearlman, Esq. |
| ttrief@triefandolk.com | psp@njlawfirm.com |
| Matthew Wojtkowiak | Alex Pisarevsky |
| MWojtkowiak@triefandolk.com | AP@njlawfirm.com |
| Barbara Olk | COHN LIFLAND PEARLMAN |
| bolk@triefandolk.com | HERRMANN & KNOPF LLP |
| Stan Gutgarts | Park 80 Plaza West One |
| sgutgarts@triefandolk.com | 250 Pehle Avenue, Suite 401 |
| TRIEF & OLK | Saddle Brook, NJ 07663 |
| 150 E 58th Street, 34th Floor | Tel.: (201) 845-9600 |
| New York, NY 10155 | Fax.: (201) 845-9423 |
| Tel.: (212) 486-6060 | *Co-Counsel for Plaintiffs* |
| Fax.: (212) 317-2946 | |
| *Co-Counsel for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 21, 2013, I electronically filed with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served on all counsel of record identified on the attached service list in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel who are not authorized to receive Notices of Electronic Filing.

                                               /s/ J. Paxton Marshall

*Nicole Alequin v. Darden Restaurants, Inc., et al*

**SERVICE LIST**

Aaron Reed, Esq.
Patrick G. DeBlasio, Esq.
Jessica T. Travers, Esq.
Littler Mendelson, P.C.
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, Florida 33131
P: 305-400-7500
F: 305-603-2552
E: areed@littler.com
E: pdeblasio@littler.com
E: jtravers@littler.com
*Counsel for Defendants*

Gerald L. Maatman, Jr., Esq.
Seyfarth Shaw, LLP
131 South Dearborn, Suite 2400
Chicago, IL 60603
P: 312-460-5224
E: gmaatman@seyfarth.com
*Counsel for Defendants*

John Ybarra, Esq.
Amy S. Ramsey, Esq.
Niloy Ray, Esq.
Michael J. Lehet, Esq.
Littler Mendelson, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
P: 312-372-5520
F: 312-372-7880
E: jybarra@littler.com
E: aramsey@littler.com
E: nray@littler.com
E: mlehet@littler.com
*Counsel for Defendants*