UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-61742-CIV-ROSENBAUM/SELTZER

NICOLE ALEQUIN, et al.,

    Plaintiffs,

v.

DARDEN RESTAURANTS, INC., GMRI, INC.,
RARE HOSPITALITY INTERNATIONAL, INC.,
RARE HOSPITALITY MANAGEMENT, INC.,
N and D RESTAURANTS, INC.,
DARDEN SW LLC, and FLORIDA SE, INC.,

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiffs Nicole Alequin, et al., hereby gives notice of entry of the following additional persons:

1. Erica White
2. Jose Vela
3. Danyl Broomfield
4. Steve Ayala
5. William Dane
6. Kele Cancilla
7. Karen Lorgus
8. Chris Lash
9. Patricia Davis
10. Adam Scott
11. Tamara Walker
12. Jennifer Webb
13. Patricia Brown
14. James Jones
15. Jennifer Moore
16. Michael Vice
17. Jessica Peterson
18. Michael Miller
19. Brandon King
20. Jessica Brown
21. Robert Temples
22. Tina White
23. Jessica Allison

Higer Lichter & Givner

24. John Martin
25. Katie Miller
26. Emily Thompson
27. Amber Miller
28. Ashley Brown
29. Kimberly Anderson
30. Kimberly Martin
31. Jessica Miller
32. Andrea Simmons
33. Michelle Smith
34. Ashley Weaver

Please note the foregoing people who have previously filed Notices of Consent are <u>NOT</u> intending to join this action as named Plaintiffs.

Dated: November 13, 2013

Respectfully submitted,

/s/ J. Paxton Marshall
J. Paxton Marshall (FBN: 28098)
PMarshall@HLGLawyers.com
HIGER LICHTER & GIVNER
18305 Biscayne Blvd., Suite 302
Aventura, FL 33160
Tel: (305) 356-7555
Fax: (305) 933-0998
*Co-Counsel for Plaintiffs*

Ted E. Trief, Esquire
ttrief@triefandolk.com
Matthew Wojtkowiak
MWojtkowiak@triefandolk.com
Barbara Olk
bolk@triefandolk.com
Stan Gutgarts
sgutgarts@triefandolk.com
TRIEF & OLK
150 E 58th Street, 34th Floor
New York, NY 10155
Tel.: (212) 486-6060
Fax.: (212) 317-2946
*Co-Counsel for Plaintiffs*

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Alex Pisarevsky
AP@njlawfirm.com
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 Plaza West One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax.: (201) 845-9423
*Co-Counsel for Plaintiffs*

*Nicole Alequin v. Darden Restaurants, Inc., et al*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 13, 2013, I electronically filed with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served on all counsel of record identified on the attached service list in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel who are not authorized to receive Notices of Electronic Filing.

      /s/ J. Paxton Marshall

## SERVICE LIST

Aaron Reed, Esq.
Patrick G. DeBlasio, Esq.
Jessica T. Travers, Esq.
Littler Mendelson, P.C.
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, Florida 33131
P: 305-400-7500
F: 305-603-2552
E: areed@littler.com
E: pdeblasio@littler.com
E: jtravers@littler.com
*Counsel for Defendants*

Gerald L. Maatman, Jr., Esq.
Seyfarth Shaw, LLP
131 South Dearborn, Suite 2400
Chicago, IL 60603
P: 312-460-5224
E: gmaatman@seyfarth.com
*Counsel for Defendants*

John Ybarra, Esq.
Amy S. Ramsey, Esq.
Niloy Ray, Esq.
Michael J. Lehet, Esq.
Littler Mendelson, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
P: 312-372-5520
F: 312-372-7880
E: jybarra@littler.com
E: aramsey@littler.com
E: nray@littler.com
E: mlehet@littler.com
*Counsel for Defendants*

Higer Lichter & Givner