IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 12-61742-CIV-ROSENBAUM/SELTZER

NICOLE ALEQUIN, *et al.*,

       Plaintiffs,

v.

DARDEN RESTAURANTS, INC., *et al.*,

       Defendants.

)
)
)
)
)
)
)
)
)

## JOINT MOTION FOR ADDITIONAL NOTICE AND OPT-IN PERIOD

Pursuant to Local Rule 7.1, the parties submit the instant motion requesting that the Court permit Plaintiffs to send notice to 1,586 bartenders whom Defendants erroneously omitted from the class list Defendants had furnished to Plaintiffs in this action, and allow these individuals 90 days to opt-in.  In support of this motion, the parties state as follows:

1.      On July 12, 2013, the Court granted Plaintiffs' motion for conditional certification and notice and allowed Plaintiffs to send notice of this action to all servers and bartenders who worked for Defendants between September 6, 2009 and September 6, 2012.  (Dkt. 211, p. 26-27).  The Court allowed the putative class 90 days, or until November 12, 2013, to opt-into this case.  (Dkt. 228).

2.      On August 9, 2012, Defendants transmitted to Plaintiffs what Defendants believed to be a complete listing of the names, residential addresses, and email addresses (where available) of the putative class members.  The list included 216,455 putative class members. (Exhibit 1: Ybarra Decl. ¶2; Exhibit 2: Spector Decl. ¶ 2).

3.      On November 8, 2013, Plaintiffs' counsel inquired to Defendants regarding 19 individuals who opted-in, but who had not received notice, and questioned whether the class list was complete.  (Ybarra Decl. ¶ 3).

4.      Defendants promptly investigated and determined that 4 of the 19 opt-ins identified by Plaintiffs should have been on the class list but were not.  (Ybarra Decl. ¶ 4; Spector Decl. ¶ 4).  Following up on the issue, Defendants determined that a group of 1,586 bartenders, who were classified under the code "Bartender Tip Share," were inadvertently excluded from the class list.  (Spector Decl. ¶ 5).  Olive Garden, Red Lobster, Bahama Breeze, and Seasons 52 began using the "Bartender Tip Share" code in approximately April 2011 when it rolled out a mandatory tip share program in certain states.  (Spector Decl. ¶ 6).

5.      When Defendants queried its HRIS database to compile this class list, it inadvertently excluded the "Bartender Tip Share" code from the query.  As a result, bartenders who were hired between April 2011 and September 6, 2012 in certain states were not on the class list provided to Plaintiffs.  (Spector Decl. ¶¶ 5-6)

6.      Because these individuals worked as bartenders during the class period, they are part of the putative class and should have been on the class list of some 216,000-plus individuals. Accordingly, notice must be sent to these individuals forthwith.

7.      Defendants have already provided Plaintiffs with a list containing the names, residential addresses, and email addresses (where available) of these 1,586 bartenders. (Ybarra Decl. ¶ 5).

8.      Accordingly, the parties respectfully request that the Court permit Plaintiffs to send notice to these individuals, and that they be allowed 90 days, from the date of the Court's ruling on this motion, to opt-in.

9.     This motion is brought in good faith and not for any improper purpose.  The parties believe that this additional notice period need not delay these proceedings.

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel hereby certifies that Defendants conferred with Plaintiffs' counsel regarding this notice and opt-in period requested in this motion and that the parties are in agreement.


Dated:  November 22, 2013

By: *David H. Lichter*
David Henry Lichter
E-mail: *dlichter@hlglawyers.com*
Higer Lichter & Givner
18305 Biscayne Boulevard
Suite 402
Aventura, Florida 33160
Telephone: (305) 356-7555
Facsimile:  (305) 933-0998

TRIEF & OLK
Ted E. Trief (admitted *pro hac vice*)
E-mail: *ttrief@triefandolk.com*
Matthew Wojtkowiak (admitted *pro hac vice*)
E-mail: *mwojtkowiak@triefandolk.com*
Barbara E. Olk (admitted pro hac vice)
E-mail: bolk@triefandolk.com
150 E. 58th Street, 34th Floor
New York, New York 10155
Telephone: (212) 486-6060
Facsimile:  (212) 317-2946

By: */s/ Aaron Reed*
Patrick G. DeBlasio, FL Bar No. 871737
E-mail: *pdeblasio@littler.com*
Aaron Reed, FL Bar No. 0557153
E-mail:  *areed@littler.com*
LITTLER MENDELSON, P.C.
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
 Fax: (305) 603-2552

John A. Ybarra (admitted *pro hac vice*)
E-mail: *jybarra@littler.com*
Amy S. Ramsey (admitted *pro hac vice*)
E-mail: *aramsey@littler.com*
Michael J. Lehet (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, Illinois 60654
Tel: (312) 372-5520
Fax: (312) 372-7880

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Peter S. Pearlman (admitted *pro hac vice*)
E-mail: *psp@njlawfirm.com*
Alex Pisarevsky (admitted *pro hac vice*)
E-mail: *ap@njlawfirm.com*
Park 80 Plaza West One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:  (201) 845-9423

COUNSEL FOR PLAINTIFFS

Gerald L. Maatman, Jr. (admitted *pro hac vice*)
E-mail: *gmaatman@seyfarth.com*
Matthew Gagnon (admitted *pro hac vice*)
E-mail: *mgagnon@seyfarth.com*
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: (312) 460-5000; Fax: (312) 460-7000

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of November, 2013, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

*/s/Aaron Reed*

### SERVICE LIST

David H. Lichter
E-mail: *dlichter@hlglawyers.com*
Higer Lichter & Givner
18305 Biscayne Boulevard
Suite 402
Aventura, Florida 33160
Tel: (305) 356-7555
Fax: (305) 933-0998

Peter S. Pearlman
E-mail: *ap@njlawfirm.com*
Alex Pisarevsky
E-mail: *psp@njlawfirm.com*
Cohn Lifland Pearlman Hermann & Knopf
Park 80 Plaza West One
250 Pehl Avenue, Suite 401
Saddle Brook, New Jersey
Tel: (201) 845-9600
Fax: (201) 845-9423

Attorneys for Plaintiffs

Ted Trief
E-mail: *ttrief@triefandolk.com*
Matthew Wojtkowiak
E-mail: *mwojtkowiak@triefandolk.com*
Barbara Olk
E-mail: *bolk@triefandolk.com*
Trief and Olk
150 East 58th Street, 34th Floor
New York, New York 10155
Tel: (212) 486-6060
Fax: (212) 317-2946

Firmwide:124195237.2 069299.1040

5