IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 12-61742-CIV-ROSENBAUM/SELTZER

NICOLE ALEQUIN, *et al.*,           )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )
                                    )
DARDEN RESTAURANTS, INC., *et al.*, )
                                    )
    Defendants.                     )
                                    )

**JOINT NOTICE OF MEDIATION LOCATION AND AMENDED PROPOSED ORDER SCHEDULING MEDIATION**

Pursuant to this Court's Order dated January 3, 2014 [D.E. 816], the parties hereby notify the Court that the June 25, 2014 mediation before mediator Michael Dickstein of Dickstein Dispute Resolution will be held at Littler Mendelson, P.C.'s Miami office, located at Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, Florida 33131. For the convenience of the Court, the parties hereby file an Amended Proposed Order Scheduling Mediation setting forth the name of the mediator and the date, time, and specific location of the mediation.

Dated:   January 10, 2014

                                                                                   Respectfully submitted,

| | |
|---|---|
| By: */s/ David H. Lichter* | By: */s/ Aaron Reed* |
| David H. Lichter (FBN 359122) | Patrick G. DeBlasio (FBN 871737) |
| E-mail: dlichter@hlglawyers.com | E-mail: pdeblasio@littler.com |
| HIGER LICHTER & GIVNER | Aaron Reed (FBN 0557153) |
| 18305 Biscayne Boulevard | E-mail: areed@littler.com |
| Suite 402 | Jessica T. Travers (FBN 18129) |
| Aventura, Florida 33160 | E-mail: jtravers@littler.com |
| Tel: (305) 356-7555 | LITTLER MENDELSON, P.C. |
| Fax: (305) 933-0998 | 333 S.E. 2nd Avenue, Suite 2700 |
| | Miami, Florida 33131 |

<div style="column: right">
Tel:  (305) 400-7500
Fax: (305) 603-2552
</div>

Ted Trief (admitted *pro hac vice*)
E-mail: ttrief@triefandolk.com
Barbara E. Olk (admitted *pro hac vice*)
E-mail:  bolk@triefandolk.com
Matthew Wojtkowiak (admitted *pro hac vice*)
E-mail: mwojtkowiak@triefandolk.com
Stan Gutgarts (admitted *pro hac vice*)
E-mail: sgutgarts@triefandolk.com
TRIEF & OLK
150 East 58th Street, 34th Floor
New York, New York 10155
Tel: (212) 486-6060
Fax:  (212) 317-2946

John A. Ybarra (admitted *pro hac vice*)
E-mail: jybarra@littler.com
Amy S. Ramsey (admitted *pro hac vice*)
E-mail: aramsey@littler.com
Michael J. Lehet (admitted *pro hac vice*)
E-mail: mlehet@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, Illinois 60654
Tel: (312) 372-5520
Fax: (312) 372-7880

Peter S. Pearlman (admitted *pro hac vice*)
E-mail: psp@njlawfirm.com
Alex Pisarevsky (admitted *pro hac vice*)
E-mail: ap@njlawfirm.com
Park 80 Plaza West One
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel: (201) 845-9600
Fax:  (201) 845-9423

COUNSEL FOR PLAINTIFFS

Gerald L. Maatman, Jr. (admitted *pro hac vice*)
E-mail: gmaatman@seyfarth.com
Matthew Gagnon (admitted *pro hac vice*)
E-mail: mgagnon@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: (312) 460-5000
Fax: (312) 460-7000

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of January, 2014, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

*/s/ Aaron Reed*

## SERVICE LIST

**David H. Lichter**
E-mail: dlichter@hlglawyers.com
Higer Lichter & Givner
18305 Biscayne Boulevard
Suite 402
Aventura, Florida 33160
Tel: (305) 356-7555
Fax: (305) 933-0998

**Peter S. Pearlman**
E-mail: ap@njlawfirm.com
**Alex Pisarevsky**
E-mail: psp@njlawfirm.com
Cohn Lifland Pearlman Hermann & Knopf
Park 80 Plaza West One
250 Pehl Avenue, Suite 401
Saddle Brook, New Jersey
Tel: (201) 845-9600
Fax: (201) 845-9423

ATTORNEYS FOR PLAINTIFFS

**Ted Trief**
E-mail: ttrief@triefandolk.com
**Barbara E. Olk**
E-mail: bolk@triefandolk.com
**Matthew Wojtkowiak**
E-mail: mwojtkowiak@triefandolk.com
**Stan Gutgarts**
E-mail: sgutgarts@triefandolk.com
Trief & Olk
150 East 58th Street, 34th Floor
New York, New York 10155
Tel: (212) 486-6060
Fax: (212) 317-2946

Firmwide:124965627.1 069299.1040