UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61742-CIV-DIMITROULEAS

AMANDA MATHIS, ET AL.,

                                                                  Magistrate Judge Snow

    Plaintiffs,

vs.

DARDEN RESTAURANTS, ET AL.,

    Defendants.
_____/

### ORDER DENYING MOTION TO RESCHEDULE ORAL ARGUMENT

THIS CAUSE is before the Court upon Plaintiffs' Motion to Reschedule Oral Argument (the "Motion") [DE 960], filed herein on July 23, 2014.  The Court has considered the Motion [DE 960] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 960] is **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of July, 2014

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record